IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AUTIN PARKER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>BLAKE TURMAN, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:23cv256-MHT<br>(WO) |

AUSTIN PARKER,  )
  )
    Plaintiff,  )
  )  CIVIL ACTION NO.
  v.  )  2:23cv256-MHT
  )  (WO)
BLAKE TURMAN, et al.,  )
  )
    Defendants.  )

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining about conditions of confinement at the Covington County Jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of July, 2023.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE